FILED: February 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1167 (L)
(2:13-cv-00395-AWA-LRL)

_____

TIMOTHY B. BOSTIC; TONY C. LONDON; CAROL SCHALL; MARY TOWNLEY

       Plaintiffs - Appellees

v.

GEORGE E. SCHAEFER, III, in his official capacity as the Clerk of Court for Norfolk Circuit Court

       Defendant - Appellant

 and

JANET M. RAINEY, in her official capacity as State Registrar of Vital Records; ROBERT F. MCDONNELL, in his official capacity as Governor of Virginia; KENNETH T. CUCCINELLI, II, in his official capacity as Attorney General of Virginia

       Defendants

MICHELE MCQUIGG

       Intervenor/Defendant

_____

No. 14-1169
(2:13-cv-00395-AWA-LRL)

_____

TIMOTHY B. BOSTIC; TONY C. LONDON; CAROL SCHALL; MARY TOWNLEY

   Plaintiffs - Appellees

v.

JANET M. RAINEY, in her official capacity as State Registrar of Vital Records

   Defendant - Appellant

and

GEORGE E. SCHAEFER, III, in his official capacity as the Clerk of Court for Norfolk Circuit Court; ROBERT F. MCDONNELL, in his official capacity as Governor of Virginia; KENNETH T. CUCCINELLI, II, in his official capacity as Attorney General of Virginia

   Defendants

MICHELE MCQUIGG

   Intervenor/Defendant

------

O R D E R

------

The court consolidates Case No. 14-1167 and Case No. 14-1169. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

         For the Court--By Direction

         /s/ Patricia S. Connor, Clerk