# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 27, 2014

_____

RESPONSE REQUESTED

_____

No.  14-1167 (L),  <u>Timothy Bostic v. George Schaefer, III</u>
                   2:13-cv-00395-AWA-LRL

TO:    Counsel

RESPONSE DUE: **03/03/2014 by 12:00 p.m.**

Response is required to the motion to intervene and for leave to file separate briefs. Response(s) must be filed by the response due date shown in this notice.

RJ Warren, Deputy Clerk
804-916-2702