FILED: March 10, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1167 (L)
(2:13-cv-00395-AWA-LRL)

_____

TIMOTHY B. BOSTIC; TONY C. LONDON; CAROL SCHALL; MARY TOWNLEY,

       Plaintiffs – Appellees,

CHRISTY BERGHOFF, on behalf of themselves and all others similarly situated; JOANNE HARRIS, on behalf of themselves and all others similarly situated; JESSICA DUFF, on behalf of themselves and all others similarly situated; VICTORIA KIDD, on behalf of themselves and all others similarly situated,

       Intervenors,

   v.

GEORGE E. SCHAEFER, III, in his official capacity as the Clerk of Court for Norfolk Circuit Court,

       Defendant – Appellant,

 and

JANET M. RAINEY, in her official capacity as State Registrar of Vital Records; ROBERT F. MCDONNELL, in his official capacity as Governor of Virginia; KENNETH T. CUCCINELLI, II, in his official capacity as Attorney General of Virginia,

       Defendants,

MICHELE MCQUIGG,

       Intervenor/Defendant.

_____

No. 14-1169
(2:13-cv-00395-AWA-LRL)

_____

TIMOTHY B. BOSTIC; TONY C. LONDON; CAROL SCHALL; MARY TOWNLEY,

       Plaintiffs – Appellees,

CHRISTY BERGHOFF, on behalf of themselves and all others similarly situated; JOANNE HARRIS, on behalf of themselves and all others similarly situated; JESSICA DUFF, on behalf of themselves and all others similarly situated; VICTORIA KIDD, on behalf of themselves and all others similarly situated,

       Intervenors,

  v.

JANET M. RAINEY, in her official capacity as State Registrar of Vital Records,

       Defendant – Appellant,

 and

GEORGE E. SCHAEFER, III, in his official capacity as the Clerk of Court for Norfolk Circuit Court; ROBERT F. MCDONNELL, in his official capacity as Governor of Virginia; KENNETH T. CUCCINELLI, II, in his official capacity as Attorney General of Virginia,

       Defendants,

MICHELE MCQUIGG,

       Intervenor/Defendant.

_____

No. 14-1173
(2:13-cv-00395-AWA-LRL)

_____

TIMOTHY B. BOSTIC; TONY C. LONDON; CAROL SCHALL; MARY TOWNLEY,

  Plaintiffs – Appellees,

CHRISTY BERGHOFF, on behalf of themselves and all others similarly situated; JOANNE HARRIS, on behalf of themselves and all others similarly situated; JESSICA DUFF, on behalf of themselves and all others similarly situated; VICTORIA KIDD, on behalf of themselves and all others similarly situated,

  Intervenors,

 v.

MICHELE MCQUIGG,

  Intervenor/Defendant – Appellant,

 and

GEORGE E. SCHAEFER, III, in his official capacity as the Clerk of Court for Norfolk Circuit Court; JANET M. RAINEY, in her official capacity as State Registrar of Vital Records; ROBERT F. MCDONNELL, in his official capacity as Governor of Virginia; KENNETH T. CUCCINELLI, II, in his official capacity as Attorney General of Virginia,

  Defendants.

_____

O R D E R

_____

Upon consideration of the submissions relative to the consent motion to

approve the parties' proposed expedited briefing schedule and to schedule the case on the May 12-15, 2014 argument calendar, the court grants the motion and directs the clerk to issue an appropriate accelerated briefing schedule incorporating the schedule proposed by the parties.  The court grants the request for separate briefs of 14,000 words each, to be filed by the Attorney General of Virginia and the "Bostic appellees".  The court further grants the request for separate briefs of 14,000 words each to be filed by defendant-appellant Schaefer and defendant/intervenor-appellant McQuigg.

Upon consideration of submissions relative to the motion to intervene on appeal filed by Joanne Harris, Jessica Duff, Christy Berghoff and Victoria Kidd, the court grants the motion and permits the movers to intervene on the side of plaintiffs-appellees and to file separate briefs.

                                          For the Court

                                          /s/ Patricia S. Connor, Clerk