Case Nos. 14-1167(L), 14-1169, 14-1173

## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**TIMOTHY B. BOSTIC**, et al.,

*Plaintiffs-Appellees,*

and

**JOANNE HARRIS, JESSICA DUFF, CHRISTY BERGHOFF, AND VICTORIA KIDD**, on behalf of themselves and all others similarly situated,

*Intervenors,*

v.

**GEORGE E. SCHAEFER, III**, in his official capacity as the Clerk of Court for Norfolk Circuit Court,

*Defendant-Appellant,*

and

**JANET M. RAINEY**, in her official capacity as State Registrar of Vital Records, et al.,

*Defendant-Appellant,*

and

**MICHÈLE B. MCQUIGG**, in her official capacity as Prince William County Clerk of Circuit Court, et al.,

*Intervenor/Defendant-Appellant.*

On appeal from the United States District Court for the Eastern District of Virginia, Norfolk Division

## JOINT NOTICE OF CONSENT
## TO FILE BRIEF OF AMICUS CURIAE

David Austin Robert Nimocks
Alliance Defending Freedom
801 G Street NW, Suite 509
Washington, D.C. 20001
T: (202) 393-8690
F: (480) 444-0028
animocks@alliancedefendingfreedom.org

*Attorney for Intervenor/Defendant-Appellant McQuigg*

All parties have consulted, and pursuant to Federal Rule of Appellate Procedure 29, all parties hereby consent to the filing of any amicus curiae brief in this appeal.

Dated: March 14, 2014

Respectfully submitted,

s/David Austin Robert Nimocks

David Austin Robert Nimocks
Alliance Defending Freedom
801 G Street NW, Suite 509
Washington, D.C. 20001
T: (202) 393-8690
F: (480) 444-0028
animocks@alliancedefendingfreedom.org

## CERTIFICATE OF SERVICE

I certify that on March 14, 2014, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Trevor Stephen Cox
Email: tcox@oag.state.va.us
Stuart Raphael
sraphael@oag.state.va.us
Office of the Attorney General of Virginia
900 E Main St
Richmond, VA 23219

*Attorneys for Defendant Janet M. Rainey*

David B. Oakley
doakley@poolemahoney.com
Jeffrey F. Brooke, Esq.
Poole Mahoney PC
860 Greenbrier Circle, Suite 401
Chesapeake, VA 23320

Jeffrey Franklin Brooke
jbrooke@poolemahoney.com
Poole Mahoney, PC
Suite 100
4705 Columbus Street
Virginia Beach, VA 23462-6749

*Attorneys for Defendant George E. Schaefer, III*

Thomas B. Shuttleworth
tshuttleworth@srgslaw.com
Robert E. Ruloff
rruloff@srgslaw.com
Charles B. Lustig
clustig@srgslaw.com
Andrew Mitchell Hendrick
ahendrick@srgslaw.com
Erik C. Porcaro
eporcaro@srgslaw.com
Shuttleworth, Ruloff, Swain, Haddad &

Chantale Fiebig
cfiebig@gibsondunn.com
Amir C. Tayrani
atayrani@gibsondunn.com
Theodore B. Olson
tolson@gibsondunn.com
Matthew D. McGill
mmcgill@gibsondunn.com
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave, NW
Washington, DC 20036-5306

2

Morecock, P.C.
4525 South Blvd., Suite 300
Virginia Beach, VA 23452

Joshua Seth Lipshutz
jlipshutz@gibsondunn.com
Gibson, Dunn & Crutcher LLP
555 Mission St., Suite 3000
San Francisco, CA 94105-0921

Robert Brian Silver
rsilver@bsfllp.com
Joshua I. Schiller
jischiller@bsfllp.com
Boies, Schiller & Flexner LLP
575 Lexington Ave., 7th Floor
New York, NY 10022

Theodore J Boutrous, Jr
tboutrous@gibsondunn.com
Gibson, Dunn & Crutcher LLP (CANA)
333 South Grand Ave.
Los Angeles, CA 90071-3197

David Boies
dboies@bsfllp.com
Boies, Schiller & Flexner, LLP
333 Main St.
Armonk, NY 10504

Jeremy Michael Goldman
jgoldman@bsfllp.com
Boies, Schiller & Flexner LLP
1999 Harrison St., Suite 900
Oakland, CA 94612
William Isaacson
wisaacson@bsfllp.com
Boies, Schiller & Flexner
5301 Wisconsin Ave, NW
Washington, DC 20015

*Attorneys for Plaintiffs*

Mark Randolph Matney
matneylaw@gmail.com
Michael C. Tillotson LLC
13195 Warwick Blvd
Suite 2A
Newport News, VA 23602

Jennifer Jesusa Truitt
mailbox@jenniferjtruitt.com
The Law Office of Jennifer J. Truitt
PLLC
11848 Rock Landing Dr
Suite 202A
Newport News, VA 23606

*Attorneys for Amicus Curiae*

Joshua A. Block
jblock@aclu.org
James D. Esseks
jesseks@aclu.org
American Civil Liberties Union
18th Floor
125 Broad Street
New York, NY 10004-2400

Rebecca Kim Glenberg
804-644-8080
Email: rglenberg@acluva.org
American Civil Liberties Union
Foundation of Virginia
Suite 1412
701 East Franklin Street
Richmond, VA 23219-0000

Tara Lynn Borelli
Email: tborelli@lambdalegal.org
Gregory R. Nevins
Email: gnevins@lambdalegal.org
Lambda Legal Defense & Education
Fund, Inc.
Suite 1070
730 Peachtree Street
Atlanta, GA 30308
404-897-1880

Mark Peter Gaber
mgaber@jenner.com
Luke C. Platzer
lplatzer@jenner.com
Jenner & Block, LLP
Suite 900
1099 New York Avenue, NW
Washington, DC 20001

*Attorneys for Intervenors*

Date:  March 14, 2014.                        s/David Austin Robert Nimocks

                                          David Austin Robert Nimocks