Case Nos. 14-1167(L), 14-1169, 14-1173

## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**TIMOTHY B. BOSTIC**, *et al.*,

*Plaintiffs-Appellees*,

and

**JOANNE HARRIS, JESSICA DUFF, CHRISTY BERGHOFF, AND VICTORIA KIDD**, on behalf of themselves and all others similarly situated,

*Intervenors*,

v.

**GEORGE E. SCHAEFER, III**, in his official capacity as the Clerk of Court for Norfolk Circuit Court,

*Defendant-Appellant*,

and

**JANET M. RAINEY**, in her official capacity as State Registrar of Vital Records, *et al.*,

*Defendant-Appellant*,

and

**MICHÈLE B. MCQUIGG**, in her official capacity as Prince William County Clerk of Circuit Court, *et al.*,

*Intervenor/Defendant-Appellant*.

On appeal from the United States District Court for the Eastern District of Virginia, Norfolk Division, Case No. 2:13-cv-00395-AWA-LRL
The Honorable Arenda L. Wright Allen

**BRIEF *AMICUS CURIAE* OF CONCERNED WOMEN FOR AMERICA,**
in support of *Defendants-Appellants,*
supporting reversal.

Steven W. Fitschen
    Counsel of Record for *Amicus Curiae*
The National Legal Foundation
2224 Virginia Beach Blvd., St. 204
Virginia Beach, VA 23454
(757) 463-6133
nlf@nlf.net

Holly L. Carmichael
c/o 1800 Hamilton Avenue, Suite 100
San Jose, California 95125
(408) 838-1212
holly.l.carmichael@gmail.com

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 26.1 and Local Rule 26.1, *Amicus Curiae*,

Concerned Women for America, makes the following disclosure:

1. Concerned Women for America is NOT a publicly held corporation or other publicly held entity.

2. Concerned Women for America does NOT have any parent corporations.

3. Concerned Women for America does NOT have stock that is owned by a publicly held corporation or other publicly held entity.

4. There is NOT another publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.

5. Question 5 is inapplicable to Concerned Women for America, which is an *amicus curiae* in this case.

6. This case does NOT arise out of a bankruptcy proceeding.

These disclosures were also made and served on the Appellees on April 4, 2014, as part of this Brief.

/s/ Steven W. Fitschen
Steven W. Fitschen
Attorney for *Amicus Curiae*,
      Concerned Women for America

## TABLE OF CONTENTS

CORPORATE DISCLOSURE STATEMENT .......................................................... i

TABLE OF AUTHORITIES ...............................................................iv

INTEREST OF *AMICUS CURIAE* ............................................................1

STATEMENT OF COMPLIANCE WITH FED. R. APP. P. 29(c) ...................1

SUMMARY OF THE ARGUMENT ........................................................1

ARGUMENT ..................................................................................2

I.    THIS COURT SHOULD APPLY RATIONAL BASIS SCRUTINY
      TO APPELLEES' EQUAL PROTECTION CLAIM.............................2

II.   EVEN SHOULD THIS COURT CONSIDER THE LEVEL-OF-
      SCRUTINY QUESTION TO BE OPEN, HEIGHTENED
      SCRUTINY IS INAPPROPRIATE BECAUSE HOMOSEXUALS
      AND LESBIANS ARE NOT POLITICALLY POWERLESS. .................5

      A.    Political Powerlessness Is a Key Factor in Identifying
            Protected Classes. ................................................................5

      B.    A Group Is Politically Powerless When It Cannot "Attract the
            Attention of Lawmakers." ....................................................8

      C.    Homosexuals and Lesbians Have Attracted the Attention of
            Lawmakers Both Nationally and in Virginia. ................................13

            i.    Homosexual and lesbian political power in Virginia has
                  reached new heights in the last ten years. ................................13

            ii.   The national political power of homosexuals and lesbians......15

      D.    Homosexuals and Lesbians Have Powerful Political Allies
            Both Nationally and in Virginia......................................................18

   *i.*   *Homosexual and lesbian allies in Virginia.*.............................19

   *ii.*   *Homosexual and lesbian allies across the nation.*...................21

**E.    The Homosexual and Lesbian Community is Well-Financed by a Broad Range of Contributors and Resources. ......................25**

   *i.*   *Homosexual and lesbian political interests have demonstrated deep pockets.* ......................................................25

   *ii.*   *Influential labor unions support homosexual and lesbian Causes.* ................................................................27*

   *iii.*   *Corporate America backs homosexual and lesbian causes.*......29

**F.    Many Religious Groups Support Homosexual and Lesbian Causes.** ................................................................32

**G.    Public Opinion Is Trending In Favor of Homosexuals and Lesbians, Including on the Marriage Issue.**...................33

**CONCLUSION**...................................................................35

iii

# TABLE OF AUTHORITIES

**Cases:**                                                          **Page(s)**

*Andersen v. King County,* 138 P.3d 963 (Wash. 2006) ...........................................12

*Ben-Shalom v. Marsh*, 881 F.2d 454 (7th Cir. 1989) ........................................11, 19

*Bostic v. Rainey*, No. 2:13-cv-395, 2014 WL 561978, (E.D. Va. Feb. 13, 2014) .................................................................................................2, 15

*Citizens for Equal Prot. v. Bruning,* 455 F.3d 859 (8th Cir. 2006) ..........................5

*City of Cleburne v. Cleburne Living Center*, 473 U.S. 432 (1985) ....................8, 11

*Conaway v. Deane,* 932 A.2d 571 (Md. 2007) .......................................................12

*Dandridge v. Williams,* 397 U.S. 471 (1970) ............................................................7

*Frontiero v. Richardson*, 411 U.S. 677 (1973) .........................................................9

*High Tech Gays v. Defense Indus. Sec. Clearance Office,* 895 F.2d 563 (9th Cir. 1990) .......................................................................................5, 11

*Hollingsworth v. Perry*, 133 S.Ct. 2652, 2668 (2013) ...............................................3

*Johnson v. Johnson,* 385 F.3d 503 (5th Cir. 2004) ...................................................5

*Lawrence v. Texas*, 539 U.S. 558 (2003) ..................................................................4

*Lofton v. Sec'y of Dep't of Children & Family Servs.,* 358 F.3d 804 (11th Cir. 2004) ..................................................................................................5-6

*Massachusetts v. Dep't of Health & Human Servs.,* 682 F.3d 1 (1st Cir. 2012) ..................................................................................................5

*Perry v. Schwarzenegger*, 704 F. Supp. 2d 921 (N.D. Cal. 2010) ...........................3

*Plyler v. Doe,* 457 U.S. 202 (1982).........................................................................7

iv

*Romer v. Evans*, 517 U.S. 620 (1996) ........................................................4

*Scotts Co. v. United Indus. Corp.,* 315 F.3d 264 (4th Cir. 2002) ...........................4

*Sevcik v. Sandoval,* 911 F. Supp. 2d 996 (D. Nev. 2012).........................................8

*SmithKline Beecham Corp. v. Abbott Labs*, 740 F.3d 471 (9th Cir. 2014) ..............3

*Thomasson v. Perry*, 80 F.3d 915 (4th Cir. 1996) ....................................................3

*United States v. Timms*, 664 F.3d 436 (2012)...........................................................3

*United States v. Windsor*, 133 S. Ct. 2675 (2013) .................................................4, 7

*Vance v. Bradley,* 440 U.S. 93 (1979) .......................................................................7

*Veney v. Wyche*, 293 F.3d 726 (4th Cir. 2002) ...................................................... 3-4

*Windsor v. United States,* 699 F.3d 169 (2d Cir. 2012).................................. 5, 7-10

**Statutes:**

18 U.S.C. §249(2) .....................................................................................................17

Va. Code Ann. §18.2-361 .........................................................................................14

**Other Sources:**

2012 Democratic Nat'l Convention Comm., *Moving America Forward: 2012 Democratic National Platform*, *available at*, http://assets.dstatic. org/dnc-platform/2012-National-Platform.pdf ....................................... 24-25

*2013 Human Rights Campaign Annual Report, available at* http://issuu.com/humanrightscampaign/docs/hrc_2013_ annual_final/6. ................................................................................19, 26

Aaron Blake, *Sen. Mark Warner Backs Gay Marriage*, The Washington Post, Mar. 25, 2013, *available at* http://www.washingtonpost.com/blogs/post-politics/wp/2013/03/25/sen-mark-warner-backs-gay-marriage/ ...................20

Alexander Burns, *New Gay-Rights Battleground: Virginia,* Politico.com,
May 23, 2013, http://www.politico.com/story/2013/05/virginia-gay-
rights-terry-mcauliffe-ew-jackson-91763.html .............................................15

Austin Jenkins, *Wealthy Gay Donors a New Force in Politics*, NPR,
June 26, 2007, http://www.npr.org/templates/story/story.php?storyId=
11433268 ................................................................................................ 26-27

Brad Sears, *Virginia—Sexual Orientation and Gender Identity Law and
Documentation of Discrimination*, The Williams Institute
http://escholarship.org/uc/item/6gr7q1x3 .......................................................13

Brief of Petitioner, *United States v. Windsor*, 133 S. Ct. 2675 (2013)
(No. 12-307), *available at* 2013 WL 683048 .................................................23

Charlie Joughin, *In Virginia, Equality Defeats Extremism with McAuliffe
Victory over Cuccinelli*, Human Rights Campaign, November 5, 2013,
http://www.hrc.org/blog/entry/in-virginia-equality-defeats-extremism
-with-mcauliffe-victory-over-cuccinel ...........................................................19

*CNN/ORC Poll*, http://i2.cdn.turner.com/cnn/2012/images/06/06/rel5e.pdf ..........34

Democratic Party of Virginia, *Party Platform*, *available at* http://www.va
democrats.org/party-platform ........................................................................20

*Don't Ask, Don't Tell Repeal Act of 2010*, Human Rights Campaign,
http://www.hrc.org/laws-and-legislation/federal-laws/dont-ask-dont-tell-
repeal-act-of-2010 ..........................................................................................18

Edith Honan, *Maryland, Maine, Washington Approve Gay Marriage*, Reuters,
November 7, 2012, *available at* http://www.reuters.com/article/2012/
11/07/us-usa-campaign-gaymarriage-idUSBRE8A60MG20121107...... 12-13

Equality California, *Sponsors*, http://www.eqca.org/site/pp.asp?c=
kuLRJ9MRKrH&b=4026491 ........................................................................31

Gary J. Gates and Frank Newport, *Special Report: 3.4% of U.S. Adults
Identify as LGBT*, http://www.gallup.com/poll/158066/special-report-
adults-identify-lgbt.aspx. ..............................................................................10

George Chauncey, *Why Marriage? The History Shaping Today's Debate over Gay Equality* (2004) .................................................... 33-34

Gregory M. Herek, *Legal Recognition of Same-Sex Relationships in the United States: A Social Science Perspective*, Am. Psychologist, Sept. 2006 ...............................................................................34

http://www.gaycville.org/organizations.html .........................................32

http://www.glsen.org/support/partners ..................................................30

http://www.kaine.senate.gov/issues/individual-rights ............................20

http://www.richmondsunlight.com/bill/2014/sb14/................................14

http://www.whitehouse.gov/the-press-office/2013/06/03/presidential-proclamation-lgbt-pride-month (2013 Proclamation) ........................... 21-22

http://www.whitehouse.gov/the-press-office/2012/06/01/presidential-proclamation-lesbian-gay-bisexual-and-transgender-pride-mon (2012 Proclamation)...............................................................................21

http://www.whitehouse.gov/the-press-office/2011/05/31/presidential-proclamation-lesbian-gay-bisexual-and-transgender-pride-mon (2011 Proclamation)...............................................................................21

http://www.whitehouse.gov/the-press-office/presidential-proclamation-lesbian-gay-bisexual-and-transgender-pride-month (2010 Proclamation) ............................................................. 21-11

http://www.whitehouse.gov/the-press-office/presidential-proclamation-lgbt-pride-month (2009 Proclamation). ..................................22

Human Rights Campaign, *Congressional Scorecard: Measuring Support for Equality in the 112th Congress*, *available at* http://www.hrc.org/resources/entry/congressional-scorecard-for-the-111th-congress..........17, 25

Human Rights Campaign, *Corporate Equality Index 2014: Rating American Workplaces on Lesbian, Gay, Bisexual, and Transgender Equality*, *available at* http://www.hrc.org/files/assets/resources/

vii

cei_2014_full_report_rev7.pdf ..................................................................31

Human Rights Campaign, *A Guide to State Level Advocacy Following Enactment of the Matthew Shepard and James Byrd, Jr. Hate Crimes Prevention Act*, *available at* http://www.gaylawnet.com/ezine/crime/ Hate_Crimes_Guide_FINAL.pdf ...............................................................16

Human Rights Campaign, Past Dinners, http://www.hrcnationaldinner. org/pages/past-dinners ...............................................................................23

Human Rights Campaign, *The State of the Workplace* (2009), *available at* http://hrc-assets.s3-website-us-east-1.amazonaws.com//files/assets/ resources/HRC_Foundation_State_of_the_Workplace_2007-2008.pdf.......16

Human Rights Campaign, *Statewide Employment Laws & Policies* (2013)...........16

Human Rights Campaign to Honor House Speaker Nancy Pelosi with 2007 National Equality Award, July 23, 2007, http://www.hrc.org/ press-releases/entry/nancy-pelosi-to-speak-at-hrc-dinner ...................... 23-24

Jason Spencer, *Ebbin Begins Battle to Repeal Virginia's Gay Marriage Ban*, Old Town Alexandria Patch, January 12, 2014, *available at* http://oldtownalexandria.patch.com/groups/politics-and-elections/ p/ebbin-begins-battle-to-repeal-virginias-gay-marriage-ban- oldtownalexandria.................................................................................. 19-20

Jen Christensen, *LGBT Donors Back President Obama, Big Time*, http://www.cnn.com/2012/06/05/politics/lgbt-obama- donors/index.html?hpt=hp_cl......................................................................21

Jennifer Bendery, *Obama Jabs Putin, Picks Openly Gay Delegates For Winter Olympics In Russia*, Huffington Post, *available at* http://www. huffingtonpost.com/2013/12/17/obama-putin-olympics-gay- delegates_n_4462283.html ........................................................................24

John Cloud, *The Gay Mafia That's Redefining Liberal Politics*, Time, Oct. 31, 2008, http://www.time.com/time/politics/article/0,8599,1854884- 1,00.html ....................................................................................................27

John Riley, *McAuliffe Fulfills LGBT Campaign Promise*, Metro Weekly,

January 13, 2014, http://www.metroweekly.com/news/?ak=8805 ...............15

Judith A. Johnson, Cong. Research Serv., RL30731, *AIDS Funding for Federal Government Programs: FY1981-FY2009* (2008)...........................................18

Kevin Liptak, *Majority Favor Same-Sex Marriage in Virginia*, CNN, July 18, 2013, http://politicalticker.blogs.cnn.com/2013/07/18/majority-favor -same-sex-marriage-in-virginia/ ............................................................13, 34

Lambda Legal, *About Us*, http://www.lambdalegal.org/about-us .........................30

Lambda Legal, *National Sponsors*, http://www.lambdalegal.org/about-us/ sponsors ............................................................................................30

Lester M. Salamon & John J. Siegfried, *Economic Power and Political Influence: The Impact of Industry Structure on Public Policy*, 71 Am. Pol. Sci. Rev. 1026 (1977)..............................................................................26

Letter from Eric Holder, Att'y Gen'l, to the Hon. John A. Boehner, Speaker of the House, On Litigation Involving the Defense of Marriage Act, Feb. 23, 2011, http://www.justice.gov/opa/pr/2011/February/ 11-ag-223.html..........................................................................................23

Lou Chibbaro, Jr., *Election Roundup: Va. Elects First Openly Gay Senator*, November 8, 2011, http://www.washingtonblade.com/2011/11/08/ va-elects-first-openly-gay-state-senator/ ....................................................19

Marc Fisher and Laura Vozzella, *Republican Ken Cuccinelli, Running Hard, Has Been Hobbled in Race for Virginia Governor*, The Washington Post, Nov. 2, 2013..........................................................................................15

*Marriage Equality*, AFSCME Res. 13, 40th Int'l Convention (2012), http://www.afscme.org/members/conventions/resolutions-and- amendments/2012/resolutions/marriage-equality .........................................28

Melanie Mason, Matea Gold and Joseph Tanfani *Gay Political Donors Move From Margins to Mainstream*, LA Times, *available at* http://articles.latimes.com/2012/may/13/nation/la-na-gay-donors -20120513 ..............................................................................................27

*NAACP Passes Resolution in Support of Marriage Equality*,
http://www.naacp.org/news/entry/naacp-passes-resolution-in-
support-of-marriage-equality.........................................................................21

National Conference of State Legislatures, *Defining Marriage:
State Defense of Marriage Laws and Same-Sex Marriage*,
http://www.ncsl.org/research/human-services/same-sex-marriage
-overview.aspx#1 (current through March 2014).........................................16

*National Corporate Partners*, http://www.hrc.org/the-hrc-story/corporate
-partners (click on levels of partnerships) .....................................................30

Nat'l Educ. Ass'n, *Focus on Tomorrow: What Matters Most in 2008
and Beyond, Voters and the Issues* 9-10 (2008),
http://www.nea.org/assets/docs/HE/votingfocus08.pdf ................................28

[Newsweek Cover], http://www.thedailybeast.com/newsweek
/2012/05/13/andrew-sullivan-on-barack-obama-s-gay-marriage-
evolution.html ..............................................................................................21

*Obama Meets with Russian Gay Rights Advocates*, CNN Politics,
http://www.cnn.com/2013/09/06/politics/russia-obama/ .............................24

Pew Forum on Religion & Pub. Life, *Religious Groups' Official Positions
on Same-Sex Marriage*, July 27, 2010, *available at* http://www.
pewforum.org/Gay-Marriage-and-Homosexuality/Religious-Groups-
Official-Positions-on-Same-Sex-Marriage.aspx ...........................................32

*President Obama Supports Same-Sex Marriage*, http://www.whitehouse.gov/
blog/2012/05/09/president-obama-supports-same-sex-marriage .................21

Presidential Appointments Project, Gay & Lesbian Leadership Institute,
http://www.glli.org/programs/presidential ....................................................23

*Press Briefing by Press Secretary Jay Carney, 5/7/12*, http://www.white
house.gov/the-press-office/2012/05/07/press-briefing-press-secretary
-jay-carney-5712 ...........................................................................................21

*Proposition 8: Who Gave in the Gay Marriage Battle?*, Los Angeles Times,
http://projects.latimes.com/prop8/ ................................................................29

Rachel Weiner, *Democratic Virginia Lawmakers Press Gay Rights Bills*,
    The Washington Post, January 13, 2014, *available at* http://www.
    washingtonpost.com/local/virginia-politics/democratic-
    virginia-lawmakers-press-gay-rights-bills/2014/01/13/7a06526a
    -7c61-11e3-95c6-0a7aa80874bc_story.html. ................................................14

*Religion and Attitudes Toward Same-Sex Marriage* (Feb. 7, 201209),
    http://www.pewforum.org/Gay-Marriage-and-Homosexuality/Religion-
    and-Attitudes-Toward-Same-Sex-Marriage.aspx...........................................33

*Religious/Spiritual/Churches*, http://www.metroweekly.com/community/
    directory/?type=5&sort=cityname.................................................................32

Trial Tr., *Perry v. Schwarzenegger*, 704 F. Supp. 2d 921
    (N.D. Cal. 2010) (No. 09-CV-2292) ......................................................16, 26

Wendy L. Hansen & Neil J. Mitchell, *Disaggregating and Explaining
    Corporate Political Activity: Domestic and Foreign Corporations in
    National Politics*, 94 Am. Pol. Sci. Rev. 891 (2000) ..............................29, 31

## INTEREST OF *AMICUS CURIAE*

Concerned Women for America ("CWA") is the largest public policy women's organization in the United States, with 500,000 members from all 50 states, including Virginia. Through our grassroots organization, CWA encourages policies that strengthen families and advocates the traditional virtues that are central to America's cultural health and welfare.

CWA actively promotes legislation, education, and policymaking consistent with its philosophy. Its members are people whose voices are often overlooked— average, middle-class American women whose views are not represented by the powerful or the elite. CWA is profoundly committed to the rights of individual citizens and organizations to exercise the freedoms of speech, organization, and assembly protected by the First Amendment.

The Brief is filed with the consent of all parties.

## STATEMENT OF COMPLIANCE WITH FED. R. APP. P. 29(c)

No party's counsel authored this Brief in whole or in part; no party or party's counsel contributed money intended to fund preparing or submitting the Brief; and no person other than *Amicus Curiae*, its members, or its counsel contributed money that was intended to fund preparing or submitting the Brief.

## SUMMARY OF THE ARGUMENT

Although the court below did not directly address the correct level of

1

scrutiny to be applied, it stated that it was inclined—incorrectly—to apply heightened scrutiny to the Appellees' Equal Protection claim. But this Court's precedent has established that rational basis review applies to classifications based on sexual orientation. That precedent is binding on this panel since only the Court sitting *en banc* can overrule prior panel decisions.

If, however, this Court believes that the level of scrutiny is an open question, heightened scrutiny must still be rejected because homosexuals and lesbians are not a suspect or quasi-suspect class, since—among other reasons—they are not politically powerless: homosexuals and lesbians have achieved direct political power; have acquired important political allies; can raise significant funds from their own community, from labor unions and from corporate America; and have support from religious communities and public opinion.

## ARGUMENT

### I.    THIS COURT SHOULD APPLY RATIONAL BASIS SCRUTINY TO APPELLEES' EQUAL PROTECTION CLAIM.

The court below applied rational basis scrutiny, concluding that it was unnecessary to address whether sexual orientation should be awarded suspect or quasi-suspect class status. *Bostic v. Rainey*, No. 2:13-cv-395, 2014 WL 561978, at *22 & n.16 (E.D. Va. Feb. 13, 2014). Although *Amicus* disagrees with the lower court's rational basis analysis, it agrees that rational basis is the appropriate level of scrutiny. The court, however, clearly signaled that if the level of scrutiny were

at issue, it would apply heightened scrutiny. *Id.* But heightened scrutiny is the incorrect level of scrutiny since this Court uses rational basis review to analyze classifications based on sexual orientation. *Veney v. Wyche*, 293 F.3d 726, 731-32 (4th Cir. 2002); *Thomasson v. Perry*, 80 F.3d 915, 928 (4th Cir. 1996). Since such use would, of course, contradict this Court's precedent, the court below sought support from two non-controlling cases from the Ninth Circuit. *Id.*

Specifically, the court below cited the district court decision in *Perry v. Schwarzenegger*, 704 F. Supp. 2d 921 (N.D. Cal. 2010) and the Ninth Circuit's opinion in *SmithKline Beecham Corp. v. Abbott Labs*, 740 F.3d 471 (9th Cir. 2014). On appeal, the Supreme Court denied standing to the parties defending the California law in *Perry*, and vacated the Ninth Circuit's affirmance of the district court decision. *Hollingsworth v. Perry*, 133 S.Ct. 2652, 2668 (2013). Thus, the validity (if any) of the district court's opinion is too thin a reed upon which to rely. And in *SmithKline*, a Ninth Circuit panel applied that Circuit's precedent, which includes a three-factor test to identify the appropriate level of scrutiny when the Supreme Court has not announced the level of scrutiny it is applying. *Id.* at 480-84. However, this Court does not use this three-factor test. *See, e.g., United States v. Timms*, 664 F.3d 436, 445-47 (2012) (determining the proper level of scrutiny *sans* this test). Therefore, it would be inappropriate for this Court to apply heightened scrutiny in the absence of clear direction from this Court *en banc* or

3

from the Supreme Court: "Only the Supreme Court or this court sitting *en banc* can do that." *Scotts Co. v. United Indus. Corp.,* 315 F.3d 264, 271, n.2 (4th Cir. 2002) (internal quotation marks and citation omitted).

And the  Supreme Court has never held that intermediate or strict scrutiny applies to classifications related to sexual orientation.  In *Romer v. Evans*, 517 U.S. 620, 631-32, 635 (1996), the Court applied rational basis review; in *Lawrence v. Texas*, 539 U.S. 558, 562, 565, 567, 574-75, 578 (2003), the Court located a liberty or privacy right that encompasses private sexual intimacy for all (adults) regardless of sexual orientation and did not apply an equal protection analysis.  More recently, the Court in *Windsor*, 133 S. Ct. at 2693, in its equal protection analysis, followed its precedent from, among other cases, *Romer*—albeit with no specific mention of its level of scrutiny.  The Court could have chosen to apply intermediate scrutiny in its *Windsor* decision, but it chose not to.

This Court's own post-*Romer* precedent demonstrates that it does not believe *Romer's* so-called "more searching form of rational basis review," *Lawrence*, 539 U.S. at 580 (O'Conner, J., concurring), warrants application of either intermediate or strict scrutiny for classifications involving sexual orientation. *See Veney v. Wyche*, 293 F.3d 726, 732 (4th Cir. 2002) (continuing to apply rational basis review for equal protection analysis in the wake of *Romer*).  Thus, in the absence of clear direction from the Supreme Court, and given this Court's own

4

binding precedent, rational basis review applies.

However, should this Court disagree, it must consider whether homosexuals and lesbians are politically powerless as one of four necessary factors in deciding whether they are a suspect or quasi-suspect class.  As demonstrated in the next Section, homosexuals and lesbians are not politically powerless.

## II.  EVEN SHOULD THIS COURT CONSIDER THE LEVEL-OF-SCRUTINY QUESTION TO BE OPEN, HEIGHTENED SCRUTINY IS INAPPROPRIATE BECAUSE HOMOSEXUALS AND LESBIANS ARE NOT POLITICALLY POWERLESS.

### A.  Political Powerlessness Is a Key Factor in Identifying Protected Classes.

In deciding whether a group should be treated as a suspect or quasi-suspect class, courts must consider four factors: whether the group has historically been discriminated against, whether the group has immutable characteristics, whether the group has characteristics that relate to its ability to contribute to society, and whether the group is politically powerless.  *See*, *e.g.*, *Windsor v. United States,* 699 F.3d 169, 181 (2d Cir.2012).  Until the Second Circuit's decision in *Windsor*, every federal appellate court that considered the matter had held that homosexuals are not a suspect or quasi-suspect class.[1]  In order to reach its contrary holding, the

---

[1] *See Massachusetts v. Dep't of Health & Human Servs.,* 682 F.3d 1, 9-10 (1st Cir. 2012); *Johnson v. Johnson,* 385 F.3d 503, 532 (5th Cir. 2004); *Citizens for Equal Prot. v. Bruning,* 455 F.3d 859, 866 (8th Cir. 2006); *High Tech Gays v. Defense Indus. Sec. Clearance Office,* 895 F.2d 563, 573-74 (9th Cir. 1990); *Lofton v. Sec'y*

Second Circuit had to claim that homosexuals are politically powerless. 699 F.3d at 185. Despite having so concluded, the Second Circuit also erroneously opined that political powerlessness is a dispensable consideration "not strictly necessary … to identify a suspect class." *Id*. at 181. The Second Circuit's only support for this conclusion was Justice Marshall's partly concurring and partly dissenting opinion in *Cleburne*. *See*, *id*. But, far from minimizing political powerlessness as a factor, in *Cleburne*, the *majority* focused on it. The Court noted that there had been a "distinctive legislative response, both national and state, to the plight of those who are mentally retarded [the putative (and rejected) quasi-suspect class]," which demonstrated that "lawmakers have been addressing their difficulties in a manner that belies a continuing apathy or prejudice and a corresponding need for more intrusive oversight by the judiciary." 473 U.S. at 443. Such a "legislative response, which could hardly have occurred and survived without public support negates any claim that the mentally retarded are politically powerless in the sense that they have no ability to attract the attention of lawmakers." *Id.* at 445.

Similarly, the Supreme Court has repeatedly said that suspect-class designation is reserved for groups that have been "'relegated to such a position of political powerlessness as to command extraordinary protection from the

*of Dep't of Children & Family Servs.,* 358 F.3d 804, 818 & n.16 (11th Cir. 2004) (citing decisions from this Court and the Fifth, Sixth, Seventh, Ninth, Tenth, D.C., Federal Circuits).

majoritarian political process.'" *E.g., Plyler v. Doe,* 457 U.S. 202, 216 n.14 (citation omitted).

Indeed, the Supreme Court has stressed its "revulsion" at interfering with the political process "to protect interests that have more than enough power to protect themselves in the legislative halls." *Dandridge v. Williams,* 397 U.S. 471, 520 (1970). "[T]he Constitution presumes that even improvident decisions will eventually be rectified by the democratic process." *Cleburne,* 473 U.S. at 440. Thus, "judicial intervention is generally unwarranted no matter how unwisely we may think a political branch has acted." *Vance v. Bradley,* 440 U.S. 93, 97 (1979).

Therefore, the Second Circuit in *Windsor* was doubly wrong: political powerlessness *is* a required factor in determining whether a group is a suspect or quasi-suspect class, and—as this Brief shows—homosexuals are not politically powerless.

It is therefore unsurprising that when the Supreme Court affirmed the Second Circuit's judgment in *Windsor*, it did so on other grounds. *Windsor*, 133 S. Ct. at 2706 (2013) (Scalia, J., dissenting). The Court did not hold that homosexuals constitute a suspect or quasi-suspect class, and it did not hold that they are politically powerless. This Court—even if it believes it can reach the question—should not follow the Second Circuit's flawed analysis either.

7

## B.   A Group Is Politically Powerless When It Cannot "Attract the Attention of Lawmakers."

There is no disagreement that homosexuals and lesbians are politically successful.  Even the Second Circuit agreed, and was forced to reframe the question: "The question is not whether homosexuals have achieved political successes over the years; they clearly have.  The question is whether they have the strength to politically protect themselves from wrongful discrimination." *Windsor,* 699 F.3d at 184.  While there is some truth in this formulation, "the answer to the second question is powerfully influenced by the answer to the first question, because political success is the most direct, if not defining, indicator of the ability to protect oneself through political processes." *Sevcik v. Sandoval,* 911 F. Supp. 2d 996, 1009 (D. Nev. 2012).  The Second Circuit's answer to this was an *ipse dixit*: it simply declared that the clear successes were insufficient.

Yet, the Supreme Court had previously rejected that position in *Cleburne*: "Any minority can be said to be powerless to assert direct control over the legislature, but if that were a criterion for higher level scrutiny by the courts, much economic and social legislation would now be suspect."  473 U.S. at 445. Rather, *Cleburne* said that a class must be politically powerless "in the sense that they have *no ability to attract the attention of the lawmakers*." *Id.* (emphasis added).

But the Second Circuit insisted that political success can coexist with political powerlessness.  The Second Circuit supported its theory by noting that

"[w]hen the Supreme Court ruled that sex-based classifications were subject to heightened scrutiny in 1973, the Court acknowledged that women had already achieved major political victories." *Windsor,* 699 F.3d at 184 (citing *Frontiero v. Richardson*, 411 U.S. 677, 685(1973)). Admittedly, the *Frontiero* plurality noted that "the position of women in America has improved markedly in recent decades," but the Court also found that they still "face pervasive, although at times more subtle, discrimination … in the political arena." 411 U.S. at 685-86. The *Frontiero* Court explained that because of a historical attitude of misguided paternalism, women continued to lack political power, despite some gains:

> It is true, of course, that *when viewed in the abstract*, women do not constitute a small and powerless minority. Nevertheless, in part because of past discrimination, women are vastly underrepresented in this Nation's decisionmaking councils. There has never been a female President, nor a female member of this Court. Not a single woman presently sits in the United States Senate, and only 14 women hold seats in the House of Representatives. And, as appellants point out, this underrepresentation is present throughout all levels of our State and Federal Government.

*Id.* at 686 n.17 (emphasis added). The fact that half the population had almost no representation in political decision making bodies suggested a serious democratic malfunction, notwithstanding some important political victories.

Here, homosexuals and lesbians are such a small part of the population that they certainly lack absolute numbers for political power "when viewed in the abstract." *Id.* But every minority group lacks political power "in the abstract" by

9

the mere fact that they are a minority group.  Yet, these typical situations are very

different from the situation in *Frontiero*, where half the population had almost no

representation in decision-making bodies.  Contrariwise here, homosexuals are a

small percentage of the population, yet their "political voice" is disproportionately

loud and greatly outweighs their numbers.[2]  Indeed, as will be demonstrated, it is

remarkable that such a small percentage of the population has dominated so much

of the attention of America's lawmakers.

The relevant consideration is not the raw numbers of homosexual and

lesbian elected officials, but the ability of homosexuals and lesbians "to attract the

attention of the lawmakers." *Cleburne,* 473 U.S. at 445.  That includes homosexual

*and* heterosexual lawmakers.  Even if homosexuals are underrepresented in

decision making bodies (in the sense that there are fewer open homosexuals in

those bodies than there are in the general population[3]), "[s]upport for homosexuals

is, of course, not limited to other homosexuals."  *Ben-Shalom v. Marsh,* 881 F.2d

454, 466 n.9 (7th Cir. 1989). Homosexuals and lesbians have attracted attention

---

[2] In 2012, a Gallup poll estimated that only 3.4% of the U.S. population identified
themselves as gay, lesbian, bisexual or transgender. Gary J. Gates and Frank
Newport, *Special Report: 3.4% of U.S. Adults Identify as LGBT,* http://www.
gallup.com/poll/158066/special-report-adults-identify-lgbt.aspx.
[3] The Second Circuit acknowledged that it could not in fact say whether
homosexuals and lesbians are underrepresented, but the court then went on to
hypothesize that there would be more gays and lesbians in public office if not for
"hostility" toward them. *Windsor*, 699 F.3d at 184. While that may be possible,
such an unsupported presumption cannot form the basis for strict scrutiny.

and substantial support for their interests.

Two decades ago, the Seventh and Ninth Circuits recognized the "growing political power" of homosexuals and lesbians and refused to apply strict scrutiny. *Ben-Shalom* 881 F.2d at 466; *accord High Tech Gays v. Def. Indus. Sec. Clearance Office,* 895 F.2d 563, 574 (9th Cir. 1990). Both acknowledged the Supreme Court's critical *Cleburne* language that was so recently ignored by the Second Circuit. "It cannot be said [homosexuals and lesbians] 'have no ability to attract the attention of lawmakers.'" *E.g.*, *Ben-Shalom,* 881 F.2d at 466 (quoting *Cleburne,* 473 U.S. at 445). The Ninth Circuit explained that "legislatures have addressed and continue to address the discrimination suffered by homosexuals on account of their sexual orientation through the passage of anti-discrimination legislation. Thus, homosexuals are not without political power; they have the ability to and do 'attract the attention of the lawmakers,' as evidenced by such legislation." *High Tech Gays*, 895 F.2d at 574 (quoting *Cleburne,* 473 U.S. at 445). The political successes noted by the Seventh and Ninth Circuits were modest, yet they were sufficient to show that homosexuals and lesbians were not politically powerless. In the intervening twenty-plus years, their political power has only grown.

For example, in 2006, the Washington Supreme Court noted that sexual orientation had been added to the Washington State Law Against Discrimination

and that "several state statutes and municipal codes provide protection against discrimination based on sexual orientation and also provide economic benefit for same sex couples." *Andersen v. King County,* 138 P.3d 963, 974 (Wash. 2006) (*en banc*). Additionally, "a number of openly gay candidates were elected to national, state, and local offices in 2004." *Id.* That court logically concluded that "[t]he enactment of provisions providing increased protections to gay and lesbian individuals in Washington shows that as a class gay and lesbian persons are not powerless but, instead, exercise increasing political power." *Id.* at 974-75.

In 2007, the Supreme Court of Maryland agreed that homosexuals and lesbians possess political power:

> In spite of the unequal treatment suffered … by [some], we are not persuaded that gay, lesbian, and bisexual persons are so politically powerless that they are entitled to extraordinary protection from the majoritarian political process.  To the contrary, it appears that, at least in Maryland, advocacy to eliminate discrimination against gay, lesbian, and bisexual persons based on their sexual orientation has met with growing successes in the legislative and executive branches of government.

*Conaway v. Deane,* 932 A.2d 571, 611 (Md. 2007) (internal quotation marks omitted).

Both Maryland and Washington have now acted to incorporate laws that allow same-sex marriage by popular vote.  Edith Honan, *Maryland, Maine, Washington Approve Gay Marriage*, Reuters, November 7, 2012, *available at* http://www.reuters.com/article/2012/11/07/us-usa-campaign-gaymarriage-

12

idUSBRE8A60MG20121107.

### C.    Homosexuals and Lesbians Have Attracted the Attention of Lawmakers Both Nationally and in Virginia.

> *i.    Homosexual and lesbian political power in Virginia has reached new heights in the last ten years.*

The direct political power of homosexuals and lesbians in Virginia can be measured in numerous ways.  Recent polls conducted in Virginia show that a majority of Virginians support gay marriage.  Kevin Liptak, *Majority Favor Same-Sex Marriage in Virginia*, CNN, July 18, 2013, http://politicalticker.blogs.cnn.com/2013/07/18/majority-favor-same-sex-marriage-in-virginia/ (50% of Virginians support legalizing gay marriage, while only 43% oppose).  Voter opinion has obviously shifted in the seven years since Virginia voters passed the law at issue here, as the polls indicate that the law would not pass today.  The rapid shift in voter opinion evinces that homosexuals and lesbians do not need to shortcut the political process through judicial intervention.

Public support has translated into local political successes and legal protection.  For example, many cities and counties in Virginia have added laws preventing discrimination on the basis of sexual orientation over the past six years.  Brad Sears, *Virginia—Sexual Orientation and Gender Identity Law and Documentation of Discrimination*, The Williams Institute http://escholarship.org/uc/item/6gr7q1x3 (noting that Arlington and Fairfax counties and the cities of

13

Alexandria, Virginia Beach, Roanoke and Williamsburg, among others, have banned discrimination on the basis of sexual orientation).

Homosexuals and lesbians have also achieved political success in the Virginia legislature. Only recently, both houses unanimously passed a bill clarifying that consensual sodomy between adults is not a crime, officially repealing §18.2-361 of the Virginia Code. *See*, http://www.richmondsunlight. com/bill/2014/sb14/. Numerous state congressmen have also backed a legislative campaign to expand rights for homosexuals and lesbians, and two Republicans have filed pro-gay rights bills in the House of Delegates. Rachel Weiner, *Democratic Virginia Lawmakers Press Gay Rights Bills*, The Washington Post, January 13, 2014, *available at* http://www.washingtonpost.com/local/virginia-politics/democratic-virginia-lawmakers-press-gay-rights-bills/2014/01/13/ 7a06526a-7c61-11e3-95c6-0a7aa80874bc_story.html.

Virginia's Governor is also a staunch supporter of homosexual and lesbian causes. Governor Terry McAuliffe's first Executive Order prohibited discrimination on the basis of sexual orientation in state employment decisions. John Riley, *McAuliffe Fulfills LGBT Campaign Promise*, Metro Weekly, January 13, 2014, http://www.metroweekly.com/news/?ak=8805. Governor McAuliffe was a vocal proponent for this group throughout his successful campaign. *See* Alexander Burns, *New Gay-Rights Battleground: Virginia,* Politico.com, May 23,

2013, http://www.politico.com/story/2013/05/virginia-gay-rights-terry-mcauliffe-ew-jackson-91763.html.  In fact, it appears that support for gay and lesbian causes may have determined the winner of Virginia's most recent gubernatorial race.  McAuliffe's opponent, Ken Cuccinelli, reportedly lost substantial political support and the election because of his support for traditional marriage.  *See* Marc Fisher and Laura Vozzella, *Republican Ken Cuccinelli, Running Hard, Has Been Hobbled in Race for Virginia Governor*, The Washington Post, Nov. 2, 2013 (reporting that many large Republican supporters that donate large amounts of money to the Republican candidate in the previous gubernatorial race did not support or donate money to Cuccinelli, at least in part because of his views on same-sex marriage). [4]  In Virginia, it seems that support for homosexual and lesbian causes is mandatory for political success—evidence of tremendous political power.

ii.    *The national political power of homosexuals and lesbians.*

The national political power of the homosexuals and lesbians has also increased.  At least thirty-one states and the District of Columbia have state laws regarding "hate crimes" based on sexual orientation.  Human Rights Campaign, *A*

---

[4] The court below included an incomplete reference to Cuccinelli's failure to support homosexual and lesbian causes.  *Bostic v. Rainey*, 2014 WL 561978, at *21.  Although the court below referred the non-supportive actions of "Virginia's former Attorney General," it failed to note that those same actions contributed to the demise of Cuccinelli's political career.  Surely a group that a candidate must support in order to be electable is the mark of a group with substantial political power, and not a group that is unable attract a lawmaker's attention.

*Guide to State Level Advocacy Following Enactment of the Matthew Shepard and James Byrd, Jr. Hate Crimes Prevention Act* 17, *available at* http://www.gay lawnet.com/ezine/crime/Hate_Crimes_Guide_FINAL.pdf.  Twenty-one states, the District of Columbia,[5] and at least 181 cities and counties prohibit employment discrimination based on sexual orientation.  Human Rights Campaign, *The State of the Workplace* (2009) 3-4, *available at* http://hrc-assets.s3-website-us-east-1.amazonaws.com//files/assets/resources/HRC_Foundation_State_of_the_Workpla ce_2007-2008.pdf (collecting state and municipal data as of 2008).  As of the so-called Proposition 8 trial, twenty-two states and the District of Columbia were providing domestic partnership benefits for state employees.  Trial Tr. at 2479:20-23 (testimony of Miller), *Perry v. Schwarzenegger*, 704 F. Supp. 2d 921 (N.D. Cal. 2010) (No. 09-CV-2292) ("according to a survey by the Human Rights Campaign, over 20 states have adopted state employee domestic partnership benefits, at this point").  And, at least twenty states and the District of Columbia now offer same-sex marriage, domestic partnerships or civil unions.  National Conference of State Legislatures, *Defining Marriage: State Defense of Marriage Laws and Same-Sex Marriage*, http://www.ncsl.org/research/human-services/same-sex-marriage-overview.aspx#1 (current through March 2014).

The Human Rights Campaign, with its million-plus members, is often

---

[5] Human Rights Campaign, *Statewide Employment Laws & Policies* (2013), (updating data on states as of July 22, 2013).

16

explicit about its clout on Capitol Hill, as in this example concerning the 112th

Congress:

> With allies in the U.S. Senate, the Judiciary Committee held a hearing on the Respect for Marriage Act (RMA)—which would repeal the outrageously named Defense of Marriage Act, or DOMA. The legislation was passed out of committee for the first time ever, thanks to the leadership of Chairman Patrick Leahy (D-Vt.) and the bill's lead sponsor, Sen. Dianne Feinstein (D-Calif.). There was also a successful hearing and markup of the Domestic Partnership Benefits and Obligations Act (DPBO)—led by Sens. Joe Lieberman (I-Conn.) and Susan Collins (R-Maine)—the bill to bring the federal government in line with a majority of major U.S. employers in offering health benefits to the domestic partners of federal workers. Historically, the Senate confirmed three openly gay federal judges— breaking down a barrier that was only pierced once before in our nation's history. And the inclusive Employment Non-Discrimination Act (ENDA) got a Senate Committee hearing where, for the first time, a transgender witness testified in its favor, thanks to Chairman Tom Harkin (D-Iowa).

Human Rights Campaign, *Congressional Scorecard: Measuring Support for*

*Equality in the 112th Congress*, *available at* http://www.hrc.org/resources/entry/

congressional-scorecard-for-the-111th-congress (click on link for 112th Congress).

Additionally, federal "hate crimes" legislation imposes a minimum sentence

on perpetrators of violent crimes "involving actual or perceived … sexual

orientation [or] gender identity." 18 U.S.C. §249(2).  Furthermore, over the last

two decades, Congress has spent tens of billions of dollars on AIDS treatment,

research, and prevention.  This Congressional spending is at least in part a direct

result of successful lobbying by LGBT constituents and their powerful allies.[6]

Additionally, in 2010, both houses of Congress supported the successful repeal of

"Don't Ask, Don't Tell."  *Don't Ask, Don't Tell Repeal Act of 2010*, Human Rights

Campaign, http://www.hrc.org/laws-and-legislation/federal-laws/dont-ask-dont-

tell-repeal-act-of-2010.

As noted previously, over two decades ago, the Seventh Circuit held that

homosexuals and lesbians were not politically powerless because, even then, they

had the ability to attract lawmakers' attention.  *Ben-Shalom v. Marsh*, 881 F.2d

454, 466 & n.9 (7th Cir. 1989).  Yet all of the legislative achievements described

above were enacted after *Ben-Shalom* was decided, producing even more political

power.

### D.    Homosexuals and Lesbians Have Powerful Political Allies Both Nationally and in Virginia.

Although implied in the prior Section, it is worth noting the significance of

ally building by homosexual and lesbian advocacy groups.  According to the

Human Rights Campaign, 2012 was an especially significant election cycle for

homosexuals and lesbians: "The victories were hard-fought and won, nationally

and locally. Barack Obama, the most pro-equality president ever, was re-elected

'Ally-in-Chief.'"  Tammy Baldwin became the first openly gay politician—and the

---

[6] Judith A. Johnson, Cong. Research Serv., RL30731, *AIDS Funding for Federal Government Programs: FY1981-FY2009* (2008) (reporting a dramatic increase in AIDS funding, with $6 billion in discretionary funds in 2008).

first Wisconsin woman—elected to Senate.  And a record number of openly LGBT members and allies were elected to Congress". *2013 Human Rights Campaign Annual Report* 6, *available at* http://issuu.com/humanrightscampaign/docs/ hrc_2013_annual_final/6.

i.      *Homosexual and lesbian allies in Virginia.*

Homosexuals and lesbians saw Governor Terry McAuliffe's symbolic first official act to sign Executive Order 1 as a vindication of their support, an example of equality triumphing over extremism, and evidence that their opponents' political agenda was "in full retreat."  Charlie Joughin, *In Virginia, Equality Defeats Extremism with McAuliffe Victory over Cuccinelli*, Human Rights Campaign, November 5, 2013, http://www.hrc.org/blog/entry/in-virginia-equality-defeats-extremism-with-mcauliffe-victory-over-cuccinel.  But homosexual and lesbian power extends well beyond Virginia's governor's mansion.  In 2011, Virginia elected its first openly gay state senator, Adam Ebbin, with a resounding 64% of the vote.  Ebbin had served in the House of Delegates since 2004.  Lou Chibbaro, Jr., *Election Roundup: Va. Elects First Openly Gay Senator*, November 8, 2011, http://www.washingtonblade.com/2011/11/08/va-elects-first-openly-gay-state-senator/.  Senator Ebbin has taken steps to legislatively repeal the law at issue here. Jason Spencer, *Ebbin Begins Battle to Repeal Virginia's Gay Marriage Ban*, Old Town Alexandria Patch, January 12, 2014, *available at* http://oldtownalexandria.

patch.com/groups/politics-and-elections/p/ebbin-begins-battle-to-repeal-virginias-gay-marriage-ban-oldtownalexandria.  And homosexuals and lesbians have garnered the support of both U.S. Senators in Virginia, Tim Kaine and Mark Warner, as well as the Virginia Democratic Party.  For example, Senator Kaine's Senate website proclaims the following:

> I believe all people, regardless of sexual orientation, should be guaranteed equal rights, including the legal benefits and responsibilities of marriage. As Governor, I campaigned against an amendment to the Virginia constitution that banned any legal recognition of same-sex relationships and signed an executive order to ban discrimination on the basis of sexual orientation. As a Senator, I was proud to join the bipartisan amicus brief to the Supreme Court that details our belief that the Defense of Marriage Act is unconstitutional and I will continue to support efforts to ensure equal treatment under the law.

http://www.kaine.senate.gov/issues/individual-rights.

Senator Warner was also a signatory to the Supreme Court Brief and publically announced his support for same-sex marriage.  Aaron Blake, *Sen. Mark Warner Backs Gay Marriage*, The Washington Post, Mar. 25, 2013, *available at* http://www.washingtonpost.com/blogs/post-politics/wp/2013/03/25/sen-mark-warner-backs-gay-marriage/.

Similarly, the Democratic Party of Virginia's Platform supports domestic partner benefits and opposes the Marriage Amendment at issue in this case. Democratic Party of Virginia, *Party Platform*, *available at* http://www.va democrats.org/party-platform.

        *ii.*     *Homosexual and lesbian allies across the nation.*

Homosexuals and lesbians also have extremely powerful federal allies. The President, the Vice-President, and the nation's oldest and largest civil rights organization, the NAACP, have all announced their support for same-sex marriage;[7] *Newsweek* proclaimed on its cover that President Obama is America's "First Gay President";[8] a CNN analysis has shown that President Obama's gay "bundlers" (high dollar political contributors) recently out-contributed the President's Hollywood bundlers;[9] and President Obama proclaimed June as Lesbian, Gay, Bisexual, and Transgender Pride Month for the fifth year in a row.[10]

---

[7] *President Obama Supports Same-Sex Marriage*, http://www.whitehouse.gov/blog/2012/05/09/president-obama-supports-same-sex-marriage; *Press Briefing by Press Secretary Jay Carney, 5/7/12*, http://www.whitehouse.gov/the-press-office/2012/05/07/press-briefing-press-secretary-jay-carney-5712; *NAACP Passes Resolution in Support of Marriage Equality*, http://www.naacp.org/news/entry/naacp-passes-resolution-in-support-of-marriage-equality.

[8] *Available at* http://www.thedailybeast.com/newsweek/2012/05/13/andrew-sullivan-on-barack-obama-s-gay-marriage-evolution.html.

[9] Jen Christensen, *LGBT Donors Back President Obama, Big Time*, http://www.cnn.com/2012/06/05/politics/lgbt-obama-donors/index.html?hpt=hp_c1. CNN only counted contributions from openly gay bundlers. They were able to identify that one in sixteen bundlers are gay, but noted that other media outlets have calculated the figure to be one in six or one in five. *Id.* Thus, the real contribution figures for gay bundlers would be much greater.

[10] http://www.whitehouse.gov/the-press-office/2013/06/03/presidential-proclamation-lgbt-pride-month (2013 Proclamation); http://www.whitehouse.gov/the-press-office/2012/06/01/presidential-proclamation-lesbian-gay-bisexual-and-transgender-pride-mon (2012 Proclamation); http://www.whitehouse.gov/the-press-office/2011/05/31/presidential-proclamation-lesbian-gay-bisexual-and-transgender-pride-mon (2011 Proclamation); http://www.whitehouse.gov/the-

21

Portions of the June 2013 proclamation are instructive:

> This year, we celebrate LGBT Pride Month at a moment of great hope and progress, recognizing that more needs to be done. Support for LGBT equality is growing, led by a generation which understands that, in the words of Dr. Martin Luther King, Jr., "injustice anywhere is a threat to justice everywhere." In the past year, for the first time, voters in multiple States affirmed marriage equality for same-sex couples. State and local governments have taken important steps to provide much-needed protections for transgender Americans.[11]

The President also noted his administration's recent accomplishments:

> My Administration is a proud partner in the journey toward LGBT equality. We extended hate crimes protections to include attacks based on sexual orientation or gender identity and repealed "Don't Ask, Don't Tell." We lifted the HIV entry ban and ensured hospital visitation rights for LGBT patients. Together, we have investigated and addressed pervasive bullying faced by LGBT students, prohibited discrimination based on sexual orientation and gender identity in Federal housing, and extended benefits for same-sex domestic partners. Earlier this year, I signed a reauthorization of the Violence Against Women Act (VAWA) that prohibits discrimination on the basis of sexual orientation or gender identity in the implementation of any VAWA-funded program. And because LGBT rights are human rights, my Administration is implementing the first-ever Federal strategy to advance equality for LGBT people around the world.[12]

While the President stated that more can be done, his attitude in no way implicates

the test for political powerlessness promulgated by the United States Supreme

---

press-office/presidential-proclamation-lesbian-gay-bisexual-and-transgender-pride-month (2010 Proclamation); http://www.whitehouse.gov/the-press-office/ presidential-proclamation-lgbt-pride-month (2009 Proclamation).

[11] http://www.whitehouse.gov/the-press-office/2013/06/03/presidential-proclamation-lgbt-pride-month.

[12] *Id.*

Court in *Cleburne*, which speaks of classes that "have *no* ability to attract the attention of the lawmakers," 473 U.S. at 445 (1985) (emphasis added). His words are congratulatory and optimistic—as they must be in light of his summary of accomplishments.

For example, the President's Administration stopped defending the Defense of Marriage Act (DOMA),[13] and also filed briefs in *Windsor* arguing that DOMA is unconstitutional. Brief of Petitioner, *United States v. Windsor*, 133 S. Ct. 2675 (2013) (No. 12-307), *available at* 2013 WL 683048. And President Obama has appointed more homosexuals and lesbians than any previous president.[14] He has also appeared twice as the keynote speaker at the National Dinner for The Human Rights Campaign, a 1.5 million-member organization that advocates for homosexuals and lesbians.[15] Former President Bill Clinton, former Vice President

---

[13] Letter from Eric Holder, Att'y Gen'l, to the Hon. John A. Boehner, Speaker of the House, On Litigation Involving the Defense of Marriage Act, Feb. 23, 2011, http://www.justice.gov/opa/pr/2011/February/11-ag-223.html.

[14] *See*, *e.g.*, Presidential Appointments Project, Gay & Lesbian Leadership Institute, http://www.glli.org/programs/presidential ("The Presidential Appointments Project, led by the Gay & Lesbian Leadership Institute, serves as a talent bank for openly LGBT professionals seeking opportunities to improve our federal government's policies and processes." Its website lists names of more than 250 openly gay Obama nominees, "more than all known LGBT appointments of other presidential administrations combined." *Id*.).

[15] See, *e.g.*, Human Rights Campaign, Past Dinners, http://www.hrcnationaldinner. org/pages/past-dinners; Human Rights Campaign to Honor House Speaker Nancy Pelosi with 2007 National Equality Award, July 23, 2007, http://www.hrc.org/ press-releases/entry/nancy-pelosi-to-speak-at-hrc-dinner.

Al Gore, and then-Speaker Nancy Pelosi have also appeared at that event.[16]

Recently, President Obama has advocated for homosexual and lesbians rights on the international stage. In December 2013, he named three gay athletes to the U.S. Winter Olympics delegation after Russian President Vladimir Putin signed laws banning adoption by homosexual couples and homosexual "propaganda." Jennifer Bendery, *Obama Jabs Putin, Picks Openly Gay Delegates For Winter Olympics In Russia*, Huffington Post, *available at* http://www.huffingtonpost.com /2013/12/17/obama-putin-olympics-gay-delegates_n_4462283.html. Additionally, for the first time since the Summer 2000 Summer Olympics, neither the President, Vice President, First Lady nor a former president attended the opening ceremony. *Id*. Furthermore, in September, President Obama met with leaders of social activist groups in Russia, including those from the homosexual and lesbian community, and expressed his support for their efforts and his offense at the new Russian laws. *Obama Meets with Russian Gay Rights Advocates*, CNN Politics, http://www.cnn.com/2013/09/06/politics/russia-obama/.

The national Democratic Party also vigorously supports homosexual and lesbian rights. In its 2012 platform, the Democratic Party stated that "no one should face discrimination on the basis of … sexual orientation, [or] gender identity." *See* 2012 Democratic Nat'l Convention Comm., *Moving America*

---

[16] *Id*.

24

*Forward: 2012 Democratic National Platform*, *available at*, http://assets.dstatic.
org/dnc-platform/2012-National-Platform.pdf.  The Democratic Party also
announced support for "marriage equality … for same-sex couples" and opposed
state and constitutional amendments limiting marriage to opposite-sex couples.  *Id.*
These allies deliver a significant political punch for their homosexual and lesbian
constituents.  Forty-nine of fifty-one Democratic United States Senators serving in
the 112th Congress, and 227 Democratic and Republican Senators and
Representatives total, received a score between 70% and 100% for support of
Human Rights Campaign issues on the Human Rights Campaign's *Congressional
Scorecard.  See throughout*, Human Rights Campaign, *Congressional Scorecard:
Measuring Support for Equality in the 112th Congress*, *available at*
http://www.hrc.org/resources/entry/congressional-scorecard-for-the-111th-
congress (click on link for 112th Congress).

### E.    The Homosexual and Lesbian Community is Well-Financed by a Broad Range of Contributors and Resources.

Another aspect of meaningful political power is the financial picture.  The
homosexual and lesbian community has wielded great financial support to achieve
major political victories.

### i.    *Homosexual and lesbian political interests have demonstrated deep pockets.*

"Few questions are as important to an understanding of American

25

democracy as the relationship between economic power and political influence."
Lester M. Salamon & John J. Siegfried, *Economic Power and Political Influence: The Impact of Industry Structure on Public Policy*, 71 Am. Pol. Sci. Rev. 1026 (1977). This truism is easily demonstrated by looking at the money the Human Rights Campaign spent to marshal the political clout discussed above—money that it was able to attract from donors across the country. The Campaign and its Foundation raised nearly $53.8 million (a record high) in 2013 and $45.6 million in 2012. *2013 Human Rights Campaign Annual Report*, *available at* http://issuu.com/humanrightscampaign/docs/hrc_2013_annual_final/6 (showing figures for both years).

One well-documented example of financial support for homosexuals and lesbians is the recent battle over California's Proposition 8. The "No on 8" campaign raised $43 million and outspent supporters of traditional marriage by $3 million. Trial Tr. at 504:23-505:15 (testimony of Segura), *Perry v. Schwarzenegger*, 704 F. Supp. 2d 921 (N.D. Cal. 2010) (No. 09-CV-2292). Although the "No on 8" campaign did not prevail, it cannot be said that opponents of Proposition 8 lacked sufficient resources.

In 2007, National Public Radio reported that "[a] new force is emerging in American politics: wealthy, gay political donors who target state level races." Austin Jenkins, *Wealthy Gay Donors a New Force in Politics*, NPR, June 26, 2007,

http://www.npr.org/templates/story/story.php?storyId=11433268.  In that report,

NPR described an organized effort to finance candidates who support homosexual

and lesbian causes.  *Id.*

Similarly, a 2008 Time Magazine article discussed a group of homosexual

donors:  "Among gay activists, the Cabinet is revered as a kind of secret gay Super

Friends, a homosexual justice league that can quietly swoop in wherever anti-gay

candidates are threatening and finance victories for the good guys."  John Cloud,

*The Gay Mafia That's Redefining Liberal Politics*, Time, Oct. 31, 2008,

http://www.time.com/time/politics/article/0,8599,1854884-1,00.html (describing

the "intriguing development [in the 2008 elections]: anti-gay conservatives had

suffered considerably .....").

This influence extends to presidential politics.  In the 2012 Presidential

campaign, twenty-one prominent gay individuals and couples raised a total of at

least $7.4 million for the President's reelection.  See Melanie Mason, Matea Gold

and Joseph Tanfani *Gay Political Donors Move From Margins to Mainstream*, LA

Times, *available at* http://articles.latimes.com/2012/may/13/nation/la-na-gay-

donors-20120513.  As noted above, President Obama has been a prominent

supporter of gay rights on the national and international scale.

      ii.     *Influential labor unions support homosexual and lesbian*
            *causes.*

But political power is not *simply* a matter of dollars and cents.  It is also a

matter of leveraging influence. In this regard, many of the most influential unions actively support the homosexual and lesbian community.

The National Education Association (NEA) regularly advocates on behalf of homosexuals and lesbians, including for same-sex marriage recognition. Nat'l Educ. Ass'n, *Focus on Tomorrow: What Matters Most in 2008 and Beyond, Voters and the Issues* 9-10 (2008), http://www.nea.org/assets/docs/HE/votingfocus08.pdf. NEA support of homosexual and lesbian causes influences its 3.2 million members, and lends political muscle to Washington.

The American Federation of State, County and Municipal Employees (AFSCME), which boasts 1.6 million members, has resolved to "dedicate resources, time and financial support to advance legislation and/or support ballot measures, at both the state and federal level, to confer full marriage equality, including health and pension benefits, family and medical leave, tax treatment and disability benefits to gay, lesbian, bisexual and transgender people." *Marriage Equality*, AFSCME Res. 13, 40th Int'l Convention (2012), http://www.afscme.org/members/conventions/resolutions-and-amendments/2012/resolutions/marriage-equality. With this help, homosexuals and lesbians are not outsiders to politics. Rather, homosexuals and lesbians have some of the most powerful grassroots and lobbying organizations in the country working as their allies.

*iii.*     *Corporate America backs homosexual and lesbian causes.*

It is well established that "[t]he business community … is one of the most important sources of interest group activity."  Wendy L. Hansen & Neil J. Mitchell, *Disaggregating and Explaining Corporate Political Activity: Domestic and Foreign Corporations in National Politics*, 94 Am. Pol. Sci. Rev. 891 (2000). Homosexuals and lesbians enjoy broad support from Corporate America.

For example, the "No on 8" campaign contributors included many Fortune 500 corporations and their founders: PG&E ($250,000), Apple ($100,000), Lucas Films ($50,000, plus another $50,000 from George Lucas), Levi Strauss ($25,000), Williamson Capital ($570,000), Google founders Sergey Brin and Larry Page ($140,000), David Geffen and Jeffrey Katzenberg of Dreamworks Studios ($125,000), and Bruce Bastian, co-founder of WordPerfect software ($1,000,000). *Proposition 8: Who Gave in the Gay Marriage Battle?*, Los Angeles Times, http://projects.latimes.com/prop8/.  (enter donor names, choose "oppose," and add the results).

Corporate America also funds broader homosexual and lesbian causes.  The Human Rights Campaign is supported by numerous corporate benefactors: American Airlines, Bank of America, Citibank, Lexus, Diago, Coca Cola, Microsoft, Mitchell Gold & Bob Williams, Morgan Stanley, MetLife, Nationwide Insurance, Prudential, British Petroleum, Caesars Entertainment, Chevron,

29

Harrah's, MGM Resorts International, Nike, Shell, Chase, Cox Enterprises, PWC, Dell, Goldman Sachs, Google, IBM, Macy's, Orbitz, Starbucks, and Tylenol PM. *National Corporate Partners*, http://www.hrc.org/the-hrc-story/corporate-partners (click on levels of partnerships).

    Other homosexual and lesbian groups also benefit from Corporate America's largess.  The Gay, Lesbian, and Straight Education Network (GLSEN) is supported by America's most recognized corporate names.[17]  Lambda Legal, "the oldest national organization pursuing high-impact litigation, public education and advocacy on behalf of equality and civil rights for lesbians, gay men, bisexuals, transgender people and people with HIV," boasts donations from the nation's top law firms and corporations.[18]

    But corporate funding is not the full extent of support.  "There are various dimensions to corporate political activity ….  [Although] 'corporate PAC donations are important in themselves, [] they also should be understood as [just]

---

[17] In addition to many of those mentioned for the Human Rights Campaign and GMHC, GLSEN sponsors include ABC Television, UBS Investment Bank, Deutsche Bank, Eastman Kodak Co., MTV Networks, Pepsi, Sony Pictures Entertainment, Inc., Verizon Communications, and Warner Bros. Entertainment among very many others.  *See* http://www.glsen.org/support/partners.

[18] Lambda Legal, *About Us*, http://www.lambdalegal.org/about-us.  Law firms include Baker & McKenzie, Covington & Burling LLP, Gibson Dunn, Jenner & Block, Jones Day, Kirkland & Ellis LLP, Kramer Levin, Latham & Watkins, Mayer Brown, McDermott Will & Emery, O'Melveny & Myers LLP, Perkins Coie LLP, ReedSmith, Sheppard Mullin, Sidley Austin LLP, Skadden, Arps, Slate, Meagher & Flom LLP, and Wachtell, Lipton, Rosen & Katz.  Lambda Legal, *National Sponsors*, http://www.lambdalegal.org/about-us/sponsors.

one quantitative indicator of a range of other corporate political activity.'" Hansen
& Mitchell, *supra*, at 891 (citation omitted). Prominent corporations have actively
supported "nondiscrimination" legislation. *See, e.g.,* Equality California,
*Sponsors*, http://www.eqca.org/site/pp.asp?c=kuLRJ9MRKrH&b=4026491 (listing
many major corporations supporting Equality California, including AT&T,
Southwest Airlines, and State Farm).

Corporations also influence public policy by implementing internal
nondiscrimination policies, thereby building consensus on what "ought" to be.
According to the Human Rights Campaign's *Corporate Equality Index 2014*,
ninety-ninety percent of employers surveyed had policies prohibiting
discrimination based on sexual orientation. The employers are drawn from the
ranks of the Fortune 1000 and the American Layer's top 200 law firms. *Corporate
Equality Index 2014: Rating American Workplaces on Lesbian, Gay, Bisexual, and
Transgender Equality* at 20, *available at* http://www.hrc.org/files/
assets/resources/cei_2014_full_report_rev7.pdf. The President of the Human
Rights Campaign remarked how these businesses influence politics:

> More than ever, fair-minded companies are guaranteeing fair
> treatment and compensation to millions of LGBT employees in all 50
> states. But beyond these sound business practices of internal diversity
> and inclusion, these same companies are fighting for full legal
> equality in state legislatures, in the halls of Congress and before the
> U.S. Supreme Court.

*Id.* at 3.

In sum, homosexuals and lesbians wield considerable political power with the support of both employers and unions.

### F.    Many Religious Groups Support Homosexual and Lesbian Causes.

Homosexuals and lesbians are not without support in the religious arena either.  A recent compilation of religious groups' official positions regarding same-sex marriage shows great diversity, with many religious organizations officially embracing the concept of homosexuality and same-sex partnership.  Pew Forum on Religion & Pub. Life, *Religious Groups' Official Positions on Same-Sex Marriage*, December 7, 2012, *available at* http://www.pewforum.org/2012/12/07/religious-groups-official-positions-on-same-sex-marriage/.

And many religious communities in Virginia support same-sex marriage and other issues of importance to homosexuals and lesbians.  Just two of many examples are the following.  First, The MetroWeekly lists "gay or gay-friendly" churches for a number of cities near Washington, DC, showing ten congregations in Alexandria, Arlington, Fairfax, Fredericksburg, McLean, and Sterling. *Religious/Spiritual/Churches*, http://www.metroweekly.com/community/ directory/?type=5&sort=cityname.  Second, for Charlottesville alone, Gay Cville lists seven religious congregations and organizations that support homosexual and lesbian issues.  http://www.gaycville.org/organizations.html.

32

Even among the religious organizations that *officially* support traditional marriage, many individual *members* support same-sex marriage. Recent data showed that 52% of Catholics and 34% of Protestants support same-sex "marriage," despite opposition by their respective organized religions. *Religion and Attitudes Toward Same-Sex Marriage* (Feb. 7, 2012), http://www.pewforum. org/2012/02/07/religion-and-attitudes-toward-same-sex-marriage/.

### G.    Public Opinion Is Trending In Favor Of Homosexuals and Lesbians, Including on the Marriage Issue.

The success of homosexuals and lesbians in obtaining funding, union support, corporate sponsorship, and religious backing is also paying dividends in public support for homosexuality. In 1977, "only 56 percent of Americans supported gay rights legislation." George Chauncey, *Why Marriage? The History Shaping Today's Debate over Gay Equality* 54-55 (2004). By 1989, that figure rose to 79 percent and by 1996, 84 percent of Americans supported gay rights legislation. *Id.* at 55. By 2002, a Gallup-Poll found that "even though 44 percent of the people said homosexuality was an unacceptable 'alternative lifestyle,' 86 percent thought homosexuals should have 'equal rights in terms of job opportunities.'"). *Id. See also, id.* at 150-51 ("In 1977, only 14 percent of Americans thought gay people should be allowed to adopt children. That number doubled to 29 percent by 1992, and it jumped to almost 50 percent just eight years later, in one more sign of the dramatic change in attitudes in the 1990s").

Change is especially prevalent in the younger generations: "there has been a sea change in the attitudes of the young, who have grown up in a world where they know gay people and see them treated with respect any human deserves." Chauncey, *Why Marriage?*, *supra* at 166; *see also*, Gregory M. Herek, *Legal Recognition of Same-Sex Relationships in the United States: A Social Science Perspective*, Am. Psychologist, Sept. 2006 at 618 ("Heterosexuals' attitudes toward sexual minorities are changing rapidly. In the last two decades, public sentiment has dramatically shifted toward greater tolerance and less condemnation of sexual minorities, with opposition to discrimination on the basis of sexual orientation now widespread.").

This shift was confirmed in May of 2012. According to a CNN/ORC International survey, 54% of Americans think same-sex marriages should be permitted and 60% of Americans know of a close friend or family member who is gay. Both numbers have increased by approximately 10 percentage points in two years. *CNN/ORC Poll*, http://i2.cdn.turner.com/cnn/2012/images/06/06/rel5e.pdf, at 2.

As noted previously, public opinion has shifted rapidly in Virginia in the seven years since voters passed the law at issue here. Fifty percent of Virginians now support legalizing gay marriage, while only 43% oppose legalizing it. Kevin Liptak, *Majority Favor Same-Sex Marriage in Virginia*, CNN, July 18, 2013,

http://politicalticker.blogs.cnn.com/2013/07/18/majority-favor-same-sex-marriage-in-virginia/.

## CONCLUSION

For these reasons and for reasons explained by Appellants, this Court should reverse the judgment of the district court.

Respectfully submitted this 4th day of April, 2014,

/s/Steven W. Fitschen
Steven W. Fitschen
Counsel of Record
The National Legal Foundation
2224 Virginia Beach Blvd., Suite 204
Virginia Beach, VA 23454
(757) 463-6133; nlf@nlf.net

35

## CERTIFICATE OF COMPLIANCE

I hereby certify that, pursuant to Fed. R. App. P. 32(a)(7)(C), the attached

Brief *Amicus Curiae* has been produced using 14 point Times New Roman font

which is proportionately spaced. This brief contains 7,499 words as calculated by

Microsoft Word 2007.

s/ Steven W. Fitschen
Steven W. Fitschen
Counsel of Record for *Amicus Curiae,*
      Concerned Women for America
The National Legal Foundation
2224 Virginia Beach Blvd., Suite 204
Virginia Beach, Virginia 23454
(757) 463-6133

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2014, I electronically filed the foregoing

Brief *Amicus Curiae* of Concerned Women for America with the Clerk of the

Court for the United States Court of Appeals for the Fourth Circuit by using the

appellate CM/ECF system.

All participants in the case are registered CM/ECF users and will be served

by the appellate CM/ECF system.

s/ Steven W. Fitschen
Steven W. Fitschen
Counsel of Record for *Amicus Curiae,*
        Concerned Women for America
The National Legal Foundation
2224 Virginia Beach Blvd., Suite. 204
Virginia Beach, Virginia 23454
(757) 463-6133
nlf@nlf.net