Record Nos. 14-1167 (L), 14-1169, 14-1173
_____

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
_____

TIMOTHY B. BOSTIC; TONY C. LONDON;
CAROL SCHALL; and MARY TOWNLEY,

*Plaintiffs – Appellees,*

CHRISTY BERGHOFF, JOANNE HARRIS, JESSICA DUFF, and
VICTORIA KIDD, on behalf of themselves and others similarly situated,

*Intervenors,*

v.

GEORGE E. SCHAEFER, III, in his official capacity as the Clerk of Court for
Norfolk Circuit Court; and JANET M. RAINEY, in her official capacity as
State Registrar of Vital Records,

*Defendants – Appellants,*

MICHÈLE McQUIGG, in her official capacity
as the Clerk of Court for Prince William County Circuit Court,

*Intervenor – Appellant.*
_____

Appeal from the United States District Court
for the Eastern District of Virginia (Norfolk Division)
_____

## NOTICE OF FILING OF PETITION FOR CERTIORARI

On August 5, 2014, Appellant Janet M. Rainey advised this Court that she

would file a petition for certiorari in the United States Supreme Court by no later

than today, August 8, 2014. (Doc. 240.) A copy of that petition is attached and was transmitted today to the Supreme Court. Clerk McQuigg has announced her intention to petition for certiorari but has not stated when she will do so. To reduce delay, Rainey is seeking to facilitate the earliest possible review by the Supreme Court.

                                                Respectfully submitted,

                                                JANET M. RAINEY, in her official capacity,

                                                /s/
                                                Stuart A. Raphael
                                                VSB #30380
                                                Solicitor General of Virginia
                                                Office of the Attorney General
                                                900 East Main Street
                                                Richmond, Virginia 23219
                                                (804) 786-7240 – Telephone
                                                (804) 371-0200 – Facsimile
                                                sraphael@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Cynthia E. Hudson
Chief Deputy Attorney General

Trevor S. Cox, VSB #78396
Deputy Solicitor General
E-mail:  tcox@oag.state.va.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to counsel of record.

/s/<br>
Stuart A. Raphael