# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 26, 2014

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:   George E. Schaefer, III, in His Official Capacity as the Clerk of
            Court for Norfolk Circuit Court
            v. Timothy B. Bostic, et al.
            No. 14-225
            (Your No. 14-1167, 14-1169, 14-1173)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on August 22, 2014 and placed on the docket August 26, 2014 as No. 14-225.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst